UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:95-MJ-00275-DE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| BOBBY ALLEN ARRINGTON, JR. | ) | |
| DEXTER HARRIS | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Criminal Complaint in this case without prejudice. The defendants were prosecuted and sentenced to Life imprisonment in North Carolina state court for conduct related to the basis of the Criminal Complaint in this case.

Respectfully submitted this 29th the day of May 2024.

        MICHAEL F. EASLEY, JR.
        United States Attorney

        BY:   /s/ Robert J. Dodson
        ROBERT J. DODSON
        Assistant United States Attorney
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Telephone:  (919) 856-4054
        Email:       robert.dodson@usdoj.gov
        NC Bar No: 41210

Leave of Court is granted for the filing of the foregoing dismissal.

Date: 6/26/2024

        */s/ Richard E. Myers II*
        RICHARD E. MYERS II
        Chief United States District Judge